# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

LADARRELLE RHAMEK DIXON,     *

    Plaintiff,     *     CIVIL ACTION NO.: 2:16-cv-127

v.     *

KING & PRINCE SEAFOOD CORPORATION; MICHAEL ALEXANDER; WILLIAM FRAZIER; JOHN BACHE; RELIASTART LIFE INSURANCE COMPANY; and VOYA FINANCIAL,     *

    Defendants.     *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation dated January 6, 2017, dkt. no. 9, to which Plaintiff filed Objections, dkt. no. 12. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendants Reliastar Life Insurance Company and Voya Financial and all of Plaintiff's putative state law claims. The Court **DISMISSES** Plaintiff's Title VII and Americans with Disabilities Act claims due to his failure to state a claim. The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ____24____ day of __February__, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA